UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Larry D. Lee,

       Plaintiff,                                 Case No. 10-12625

v.                                                  Hon. Nancy G. Edmunds

Dean Willey, T. Zischke, C/O Bagley,
C/O Owen, Sgt. D. Thomas, Warden Nick
Ludwick, Kameshwari Mehra, Paul
Schneeman, and Wills Dixon, all sued in
their individual and official capacities,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants Mehra and Schneeman's motions for summary judgment [# 53, 56] are hereby DENIED.

SO ORDERED.

                                               s/Nancy G. Edmunds
                                               Nancy G. Edmunds
                                               United States District Judge

Dated: February 29, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                                               s/Carol A. Hemeyer
                                               Case Manager