UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Larry Lee,

    Plaintiff,

v.

Dean Willey, et al.,

    Defendants.
                                             /

Case No. 10-12625

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [97]**

Before the Court is Defendant Kameshwari Mehra's objections to Magistrate Judge Randon's August 22, 2012 report and recommendation.

The Court, being fully advised in the premises, having reviewed the record and pleadings, and having reviewed the objections to the report and recommendation, OVERRULES Defendant Mehra's objections to the report and recommendation and ACCEPTS and ADOPTS the report and recommendation in full.

The Court grants in part and denies in part Defendant Mehra's motion for summary judgment. (Dkt. 75.) The Court grants Defendant Mehra's motion with respect to Plaintiff's deliberate indifference to serious medical needs, cruel and unusual punishment, failure to train and supervise, violation of Michigan's ECLRA, violation of equal protection rights, and intentional infliction of emotional distress claims against Defendant Mehra–those claims are dismissed with prejudice.

The Court denies Defendant Mehra's motion with respect to the deliberate

indifference to safety claim against Defendant Mehra in his individual capacity– that claim will proceed.

The Court grants Defendant Schneeman's motion for summary judgment in its entirety. (Dkt. 76.) Defendant Scheeman is therefore dismissed from this case.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: October 15, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 15, 2012, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager